UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRENDAN R. COENEN,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>NAPHCARE, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:22-cv-00429-MMD-CSD<br><br>ORDER |

*Pro se* Plaintiff Brendan R. Coenen, a former inmate in the custody of the Washoe County Detention Facility ("WCDF"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1 ("Complaint").) Plaintiff has also filed an application to proceed *in forma pauperis* ("IFP"). (ECF No. 1.)

I.　　**DISCUSSION**

According to the Washoe County Sheriff's Office's inmate database, Plaintiff is no longer incarcerated at WCDF. However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until January 10, 2023, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by January 10, 2023, this case will be subject to dismissal without prejudice.

Additionally, the Court denies the application to proceed IFP for inmate (ECF No. 1) as moot because Plaintiff is no longer incarcerated. The Court now directs Plaintiff to

file an application to proceed IFP by a non-prisoner before January 10, 2023, or pay the full filing fee of $402.

## II.  CONCLUSION

It is ordered that Plaintiff file an updated address with the Clerk of the Court on or before January 10, 2023.

It is further ordered that Plaintiff's application to proceed IFP for inmate (ECF No. 1) is denied as moot.

It is further ordered that the Clerk of the Court send Plaintiff the approved form application to proceed IFP by a non-prisoner, as well as the document entitled information and instructions for filing an IFP application.

It is further ordered that on or before January 10, 2023, Plaintiff will either: (1) file a fully complete application to proceed IFP for non-prisoners; or (2) pay the full filing fee of $402.

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED:  December 9, 2022.

_____
UNITED STATES MAGISTRATE JUDGE